UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>EDWINA CORTEZ,<br><br>               Defendant. | NO. 4:17-CV-5048-TOR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

BEFORE THE COURT is Plaintiff United States of America's Motion for Summary Judgment (ECF No. 22). This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein, and is fully informed.

The matter was submitted to the Honorable Magistrate Judge Mary K. Dimke, who issued a Report and Recommendation (ECF No. 28) on April 23, 2018. The R&R recommended granting Plaintiff's Motion for Summary Judgment and gave the parties until May 7, 2018 to file any objections. The parties did not

file any objections, although Plaintiff United States of America submitted a copy of a promissory note signed by Ms. Cortez (ECF No. 29).

For the reasons stated in the Report and Recommendation, the Court adopts the Report and Recommendation (ECF No. 28) and GRANTS Plaintiff's Motion for Summary Judgment (ECF No. 22).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Plaintiff United States of America's Motion for Summary Judgment (ECF No. 22) is **GRANTED**. Judgment in favor of the United States in the amount of **$219,868.95** (comprised of $96,603.33 principal, plus $121,731.22 interest to 2/26/2018, plus $1,534.40 interest to 5/17/2018 ($19.18 per day for 80 days)) at the post-judgment rate of interest provided by 28 U.S.C. § 1961, **2.27% per annum**.

The District Court Executive is directed to enter this Order and Judgment, furnish copies to counsel, and **close** the file.

**DATED** May 17, 2018.



THOMAS O. RICE
Chief United States District Judge