# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*<br>v.<br><br>EDWINA CORTEZ,<br>*Defendant* | )<br>)<br>) Civil Action No. 4:17-CV-5048-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment be entered in favor of the United States in the amount of $219,868.95 (comprised of $96,603.33 principal, plus $121,731.22 interest to 2/26/2018, plus $1,534.40 interest to 5/17/2018 ($19.18 per day for 80 days)) at the post-judgment rate of interest provided by 28 U.S.C. § 1961, 2.27% per annum.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice   on a motion for summary judgment.

Date: 5/17/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen